1   JAMES G. KREISSMAN (Bar No. 206740)
    jkreissman@stblaw.com
2   SIMPSON THACHER & BARTLETT LLP
    2550 Hanover Street
3   Palo Alto, California 94304
    Telephone: (650) 251-5000
4   Facsimile:  (650) 251-5002

5   Attorneys for Defendants Richard S. Fuld,
    Jr., Christopher M. O'Meara, Michael L.
6   Ainslie, John F. Akers, Roger S. Berlind,
    Thomas H. Cruikshank, Marsha Johnson
7   Evans, Sir Christopher Gent, Roland A.
    Hernandez, Henry Kaufman, and John D.
8   Macomber

9

10

11                 UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  CITY OF FREMONT, | Case No. C 09-0926 JCS |
| 16             Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER STAYING CASE PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1407 AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| 17             v. | |
| 18  CITIGROUP GLOBAL MARKETS, INC., BANC OF AMERICA SECURITIES, LLC, BNY | |
| 19  CAPITAL MARKETS, INC., ERNST & YOUNG, LLP, RICHARD S. FULD, JR., CHRISTOPHER M. | |
| 20  O'MEARA, ERIN M. CALLAN, MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, | |
| 21  THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, | |
| 22  ROLAND A. HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, and DOES 1 through 20, | |
| 23             Defendants. | |
| 24 | |

25         WHEREAS on or about February 24, 2009, Plaintiff City of Fremont ("Plaintiff")

26   filed the Complaint in this case in the Superior Court of the State of California, County of

27   Alameda;

28

Stipulation and [~~Proposed~~] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time
to Respond to Complaint – Case No. C 09-0926 JCS

1  WHEREAS on March 3, 2009, Defendants Richard S. Fuld, Jr., Christopher M.

2  O'Meara, Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha

3  Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, and John D.

4  Macomber timely filed a Notice of Removal in this Court; Defendant Ernst & Young LLP filed a

5  joinder to the Notice of Removal on March 6, 2009; and Defendants Citigroup Global Markets,

6  Inc., Banc of America Securities, LLC and BNY Mellon Capital Markets LLC filed a joinder to

7  the Notice of Removal on March 6, 2009;

8  WHEREAS cases sharing common questions of fact with this case have

9  previously been transferred from this District by the Judicial Panel on Multidistrict Litigation

10  (the "MDL Panel") to the Honorable Lewis A. Kaplan of the United States District Court for the

11  Southern District of New York pursuant to 28 U.S.C. § 1407;

12  WHEREAS on March 5, 2009, certain Defendants filed a "tag-along" notice with

13  the MDL Panel to inform the MDL Panel that this action is related to other actions previously

14  transferred by the MDL Panel to the Southern District of New York;

15  WHEREAS previously removed related cases, Zenith Insurance Co. v. Fuld, et

16  al., Case No. C 08-5352-SC, San Mateo County Investment Pool v. Fuld, et al., Case No. C 08-

17  5353-SC, Lou Solton, Monterey County Treasurer, on behalf of the Monterey County

18  Investment Pool, v. Fuld, et al., Case No. C 08-5167 SC, and City of South San Francisco v.

19  Citigroup Global Markets Inc., et al., Case No. C 09-0501 SC, were stayed by the Honorable

20  Samuel Conti pending transfer of the actions by the MDL Panel to the Southern District of New

21  York;

22  WHEREAS Plaintiff does not intend to oppose the MDL Panel's transfer of this

23  action to the Southern District of New York;

24  WHEREAS Plaintiff intends to file a motion to remand in this action following

25  transfer of the action to the Southern District of New York, or earlier if permitted by that Court;

26  NOW, THEREFORE, pursuant to Civ. L.R. 6-1(a), the undersigned parties

27  hereby stipulate that:

28  This case shall be stayed pending issuance of a transfer order by the MDL Panel;

- 2 -

1    Plaintiff's time within which to file a motion to remand shall be extended until

2   such time as ordered by Judge Kaplan in the Southern District of New York following transfer of

3   this action; and

4    Defendants' time within which to answer or otherwise respond to the Complaint

5   is extended to 30 days from the issuance of an order deciding Plaintiff's remand motion or such

6   time as ordered by Judge Kaplan in the Southern District of New York following transfer of this

7   action.

8

    Dated: March 9, 2009
9

10

11
                            /s/ James G. Kreissman
                            JAMES G. KREISSMAN
12                          SIMPSON THACHER & BARTLETT LLP

13                          Attorneys for Defendants
                            RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA,
14                          MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S.
                            BERLIND, THOMAS H. CRUIKSHANK, MARSHA
15                          JOHNSON EVANS, SIR CHRISTOPHER GENT,
                            ROLAND A. HERNANDEZ, HENRY KAUFMAN, and
16                          JOHN D. MACOMBER

17

18                          /s/ George S. Trevor
                            GEORGE S. TREVOR
19                          PEARSON, SIMON, WARSHAW & PENNY, LLP

20
                            Attorneys for Plaintiff
21                          CITY OF FREMONT

22                          /s/ Peter R. Boutin
                            PETER R. BOUTIN
23                          CHRISTOPHER A. STECHER
                            KEESAL, YOUNG & LOGAN
24

25                          Attorneys for Defendants
                            CITIGROUP GLOBAL MARKETS, INC., BANC OF
26                          AMERICA SECURITIES, LLC, and BNY MELLON
                            CAPITAL MARKETS, LLC
27

28
                                        - 3 -
    Stipulation and [Proposed] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time
    to Respond to Complaint – Case No. C 09-0926 JCS

_/s/ James K. Lynch_
JAMES K. LYNCH
LATHAM & WATKINS LLP

Attorneys for Defendant
ERNST & YOUNG LLP


_/s/ Joshua Judah Pollack_
JOSHUA JUDAH POLLACK
PROSKAUER ROSE LLP

Attorneys for Defendant
ERIN CALLAN

ATTESTATION PURSUANT TO GENERAL ORDER 45, § X

I, James G. Kreissman, attest pursuant to General Order 45, § X, that concurrence in the filing of this Stipulation has been obtained from each of the other signatories above.

/s/ James G. Kreissman
JAMES G. KREISSMAN


**PURSUANT TO STIPULATION, IT IS SO ORDERED.:**

DATED: _____March 9, 2009_____

Hon. _____
United States _____ Judge

Judge Joseph C. Spero

- 4 -

Stipulation and [Proposed] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time to Respond to Complaint – Case No. C 09-0926 JCS